# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD M. BIRD,                                   No. 2:17-cv-0554-MCE-CMK

      Plaintiff,

  vs.                                               ORDER

JENNIFER GUARINO,

      Defendant.

_____/

      Plaintiff, proceeding pro se, brings this civil action.  Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2).  Plaintiff's complaint, is addressed separately.  Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is granted.

 

DATED:  October 19, 2017

                                     _____
                                 **CRAIG M. KELLISON**
                                 UNITED STATES MAGISTRATE JUDGE